**Exhibit A to the Complaint**

**Location:** Saint Augustine, FL  
**Total Works Infringed:** 36

**IP Address:** 99.171.77.47  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 11-01-2021 12:17:29 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 2 | Info Hash: AE5FB05C7C820158FEFB50286318ECE012C72AEC<br>File Hash: EB884ADC4081E604755AA5AE4C7221562537619D2635D5768798531088193748 | 10-24-2021 11:34:07 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 3 | Info Hash: 4CE0AE35C1227D3C626CAB88BF26E15C024E4C59<br>File Hash: A540DA9A9D0B22A592246AE221A5A34F320CD5BCB8B30E1CFF6AD1C2106502DF | 10-21-2021 13:39:53 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 4 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 10-18-2021 14:56:45 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 5 | Info Hash: FF7C14F35471A8269D589D275E9197E732F30EF5<br>File Hash: 79DFA44B6B4CBEB7FCA32B5F65B4E112B0AC0B0A0AC024355CCA7AFF140CAE67 | 09-21-2021 13:20:02 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 6 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 09-20-2021 14:34:07 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 7 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 08-30-2021 11:45:29 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 8 | Info Hash: A482FA18C7F5874FCD0E374539EF58400C7C088B<br>File Hash: BD20E124045B02D5EA140A3452CC74C36A73858C98076BDADEA27F96F2158EB2 | 08-11-2021 13:48:44 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A044C1B3EBEC733AC48CD2C3AA3AE825647F3D4F<br>File Hash: C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 08-09-2021 14:13:21 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 10 | Info Hash: BEE9C0B1CE565E86EC1E7086AD08FCE4919BE35C<br>File Hash: 38510FCDEEE5AF5440C8A20E97573C352391FA34E94A5AD06A52E9708738B920 | 07-19-2021 12:29:46 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 11 | Info Hash: 770136E9D2E9281EEC061D14122146DB652256E4<br>File Hash: CF89C2D36DB8CFF7034E1AB60888CB7DD101565F2FA06D1407A625282C41DD4C | 07-14-2021 14:39:40 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 12 | Info Hash: 2AA1E47E91379474AD909FC7AAC03259E5ECAAB5<br>File Hash: C74F9ECD8D5FDDE4E356A41440B961B053D9AE463930DDFC9C6982488F7A5C87 | 07-08-2021 11:39:53 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 13 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash: 5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 07-06-2021 12:34:24 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 14 | Info Hash: A9D564341DCD19EC9ED06A8943F15BB83DA5EBF9<br>File Hash: 72E9034627B132A5248E62A2BEB312230D3DA72658781F67AD5E7C27F816A1BE | 06-21-2021 14:08:53 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 15 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash: 87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 05-19-2021 15:05:16 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 16 | Info Hash: 96B3628EFA7DF33F1BEB4DAD1855B4125CC9F71F<br>File Hash: C73C4EBCF120B06461B10401591AD60A4689546CEC9EF574D1FA2B5FE37D8BAB | 05-12-2021 14:35:44 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 17 | Info Hash: 25181ED05F2F5B4D6D57958A7ADE413AD7BB3CCD<br>File Hash: D022A939DB07B30E913F769A70F9DF1E07FA5F33C129A560289254DD3CC94876 | 04-30-2021 15:53:11 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 861F03B6D30AAE9A38DBE02CEF702A666FDB07A5<br>File Hash: AAEADBB4FD3726DF95FA35D207A7EF42968FF2CFCB0E7813801033C3B1756443 | 04-07-2021 17:48:44 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 19 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 03-31-2021 11:48:01 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 20 | Info Hash: 0C147B5F0CE41966A8A5DD9F7E8065E307EA035F<br>File Hash: 1D916BEAF3A0F94CFE80F5214C1BB24C4FE933C4F16EBF4048B5277D24980A4B | 03-29-2021 11:32:50 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 21 | Info Hash: F63BBFC680C5A1422FE794C3870264F2321A53D8<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-28-2021 21:38:34 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 22 | Info Hash: 8185B581B0DD8D8BB70C5D458DB4C374B49353B1<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 02-22-2021 08:04:05 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 23 | Info Hash: 461F333739CEE3EFF6934B8B5A09120D63D71612<br>File Hash: B220A0FF1CCB1FC69932EB8B30C16C73139584B5776DA4FFAB5C934AE06AC49B | 02-04-2021 21:52:15 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 24 | Info Hash: 93C2BA92D53541EF878CB1D4977CF184CABE9997<br>File Hash: D85BEC206AA0030CBC11BA9C626D34320022C32286C21D792D74B0AC92B62B4F | 01-05-2021 12:49:39 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 25 | Info Hash: 8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash: FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 01-04-2021 15:17:13 | Tushy | 02-05-2019 | 02-22-2019 | PA0002155146 |
| 26 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 11-26-2020 12:50:23 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A6BDB702FDC2F99FCFC7B6D936C66A8CCE8CD3AC<br>File Hash: CA1717B5431B9E79AAEC7F85021F842AA05BE03ACF69D42B731AE2EDE639DA7F | 11-19-2020 17:43:49 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 28 | Info Hash: 86D2C5A64EB06C938836EAF1A0CB13D91EC03BD2<br>File Hash: 39FC80136E98F2FA68D8EB805C8965484543E2418D105E26808F43407A1826C8 | 11-17-2020 15:18:59 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 29 | Info Hash: F9CFE8F13800B0DCEFEC2EDECE09D1DA5F70A22A<br>File Hash: 092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 11-12-2020 17:04:26 | Tushy | 05-16-2018 | 06-19-2018 | PA0002126446 |
| 30 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 10-22-2020 13:31:45 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 31 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 10-19-2020 15:38:04 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 32 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-15-2020 20:53:24 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 33 | Info Hash: FBAAFD828C1D19BF0677E5AF15FBB09ABF82E3E9<br>File Hash: EAEA569AB5525A45137278ECFFB0BAD1E0BC8ECCA1E7D3CFC9A9144C594C1E4C | 09-09-2020 18:31:48 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 34 | Info Hash: 707D87CA56F2EA56A699B00BD6A4C25D465F344A<br>File Hash: E8C54A181C94534272A63E32A36D2986A1DD34EFCF2B15E981C720E1C07E7ECA | 08-12-2020 16:13:43 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 35 | Info Hash: 16964274EEF2DEB09294CF8A21B1AFBB9CC70842<br>File Hash: E1E282B1BD1C120CD2CCB60803E8E08E14EC9C2D723967F916AA9A73308D4BF3 | 07-29-2020 19:57:09 | Tushy | 01-11-2019 | 01-22-2019 | PA0002147904 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 07-27-2020 11:48:27 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |